United States District Court
Southern District of Texas
FILED

JUL 1 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

INITIAL PRETRIAL & SCHEDULING CONFERENCES

CIVIL ACTION NO. B-03-057      DATE & TIME 7/18/03 @ 9:40-9:45 am

                                         COUNSEL:

HARRY J. CAVAZOS, ET AL        §    GERARDO ERNESTO LINAN

VS                             §

LUIS MUNOZ d/b/a               §    RICHARD O. HABERMAN
MUNOZ ROOFING & CONSTRUCTION

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket.

Gerardo Linan appeared for the Plaintiffs. Richard Haberman appeared for the Defendant. All parties announced present and ready.

   Plaintiffs & Defendant inform the Court that there are no interested parties.

Defendant's brief is due by 7/25/03.
Plaintiff's reply due by 8/15/03.
Defendant's reply due by 8/22/03.

After briefs have been received, Court will decide if oral argument is needed.

Court is adjourned.