IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| HARRY J. CAVAZOS and<br>MINERVA CAVAZOS | §<br>§<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. B-03-057 |
| LUIS MUNOZ, D/B/A MUNOZ<br>ROOFING AND CONSTRUCTION | §<br>§<br>§ | |

United States District Court
Southern District of Texas
ENTERED

SEP 0 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

# ORDER

The Court hereby orders this case to be set for oral arguments on September 25, 2003 at 1:30 p.m.

Signed this 4th day of September, 2003.

Andrew S. Hanen
United States District Judge