IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | )( | |
| | )( | |
| HARRY JOEL CAVAZOS | )( | CASE NO. B-03-CV-057 |
| MINERVA CAVAZOS | )( | |
| | )( | |
| Debtors, | )( | |
| HARRY J. CAVAZOS and MINERVA CAVAZOS, | )( )( | |
| | )( | On Appeal From the |
| Plaintiffs/Appellees, | )( | U. S. Bankruptcy Court |
| | )( | Case No. 00-20271-B-13 |
| vs. | )( | Adversary Case No.01-2101-B |
| | )( | |
| LUIS MUNOZ d/b/a MUNOZ | )( | |
| ROOFING AND CONSTRUCTION, | )( | |
| | )( | |
| Defendants/Appellants. | )( | |

## UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, LUIS MUNOZ, the Defendant/Appellant in the above captioned matter, by and through his attorney, Richard O. Habermann, and make this his first motion for continuance and states that he cannot be present for oral arguments in this case at its present setting of 1:00 P.M. on September 25, 2003, and in support thereof, respectfully states to the Court as follows:

1. Richard O. Habermann, attorney of record for the Defendant/Appellant, will be unavoidably absent on September 25, 2003, the date of the current trial setting of this case.

2. The reason for such absence is his previously scheduled attendance at an Advanced Consumer Bankruptcy Seminar in San Antonio, Texas that same date.

3. Richard O. Habermann was able to contact Mr. Gerry Linan, Plaintiffs/Appellees' Attorney on September 22, 2003, and he has no opposition to this continuance.

WHEREFORE, PREMISES CONSIDERED, LUIS MUNOZ requests that the above entitled and numbered cause be removed from its present setting and not reset until on or after September 29, 2003, and for such other relief as may be just.

Respectfully submitted,

Richard O. Habermann
1418 Beech Avenue, Suite 132
McAllen, Texas 78501
(956) 687-2920
FAX: (956) 668-1923
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Motion for Continuance has this day been mailed by Regular Mail to:

Mr. Gerry Linan
Law Office of Gerry Linan
847 East Harrison
Brownsville, Texas 78520

Signed this 24th day of September, 2003

Richard O. Habermann
Attorney for Munoz

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | )( )( | |
| HARRY JOEL CAVAZOS<br>MINERVA CAVAZOS | )(<br>)(<br>)( | CASE NO. B-03-CV-057 |
| Debtors, | )(<br>)( | |
| HARRY J. CAVAZOS and MINERVA CAVAZOS, | )(<br>)(<br>)( | |
| Plaintiffs/Appellees, | )(<br>)( | On Appeal From the<br>U. S. Bankruptcy Court<br>Case No. 00-20271-B-13 |
| vs. | )(<br>)( | Adversary Case No. 01-2101-B |
| LUIS MUNOZ d/b/a MUNOZ<br>ROOFING AND CONSTRUCTION, | )(<br>)(<br>)( | |
| Defendants/Appellants. | )( | |

**ORDER CONTINUING HEARING**

NOW, at Brownsville, Texas, in said District, comes the Unopposed Motion for Continuance filed by Richard O. Habermann, the Attorney for the Defendant/Appellant, Luis Munoz, and the Court, noting that the Motion is unopposed, and being fully advised in the premises, FINDS that said Motion should be granted.

IT IS ORDERED that the oral arguments set in this matter for 1:00 o'clock P.M., on the 25th day of September, 2003, be, and the same is continued, and will be reset for _____ o'clock ___. M. on the ___ day of _____, 2003, in the Courtroom of the U. S. District Court, in Brownsville, Texas.

SIGNED THIS _____ day of September, 2003

---

UNITED STATES DISTRICT JUDGE