IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IN RE: )( | |
| )( | |
| HARRY JOEL CAVAZOS )( | CASE NO. B-03-CV-057 |
| MINERVA CAVAZOS )( | |
| )( | |
| Debtors, )( | |
| )( | |
| HARRY J. CAVAZOS and MINERVA )( | |
| CAVAZOS, )( | |
| )( | On Appeal From the |
| Plaintiffs/Appellees, )( | U. S. Bankruptcy Court |
| )( | Case No. 00-20271-B-13 |
| vs. )( | Adversary Case No. 01-2101-B |
| )( | |
| LUIS MUNOZ d/b/a MUNOZ )( | |
| ROOFING AND CONSTRUCTION, )( | |
| )( | |
| Defendants/Appellants. )( | |

**ORDER CONTINUING HEARING**

NOW, at Brownsville, Texas, in said District, comes the Unopposed Motion for Continuance filed by Richard O. Habermann, the Attorney for the Defendant/Appellant, Luis Munoz, and the Court, noting that the Motion is unopposed, and being fully advised in the premises, FINDS that said Motion should be granted.

IT IS ORDERED that the oral arguments set in this matter for 1:00 o'clock P.M., on the 25th day of September, 2003, be, and the same is continued, and will be reset for 1:30 o'clock P. M. on the 7th day of October, 2003, in the Courtroom of the U. S. District Court, in Brownsville, Texas.

SIGNED THIS 24th day of September, 2003

UNITED STATES DISTRICT JUDGE