United States District Court
Southern District of Texas
FILED

OCT 0 7 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>ORAL ARGUMENTS</u>

CIVIL ACTION NO. <u>B-03-057</u>   DATE & TIME <u>10/7/03 @ 1:30 - 2:05 pm</u>

COUNSEL:

| | | |
|---|---|---|
| <u>HARRY J. CAVAZOS, ET UX</u> | § | <u>Gerardo E. Linan</u> |
| VS | § | |
| <u>LUIS MENDOZA</u><br><u>d/b/a Munoz Roofing & Construction</u> | § | <u>Richard Haberman</u> |

---

Courtroom Deputy: Irma Soto
Law Clerk:        Michele O'Leary
Court Reporter:   Barbara Barnard
CSO:              Harrelson

Case called on the docket. Plaintiffs appeared in person and with their attorney, Gerardo Linan. Defendant appeared in person and with his attorney Richard Haberman.

Court addresses the appeal issue from Judge Schmidt's order from bankruptcy. Attorneys present their oral arguments. Attorneys to submit any additional briefing ASAP for the Court's consideration.

Court is adjourned.