10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| HARRY JOEL CAVAZOS | * | |
| MINERVA CAVAZOS | * | CASE NO.: B-03-CV-057 |
| Debtors | * | |
| | * | |
| | * | |
| HARRY J. CAVAZOS and | * | |
| MINERVA CAVAZOS | * | |
| Plaintiffs, | * | On Appeal From the |
| | * | U.S. Bankruptcy Court |
| vs. | * | Case No. 00-20271-B-13 |
| | * | Adversary Case No. 01- |
| | * | 2101-B |
| LUIS MUNOZ, d/b/a MUNOZ | * | |
| ROOFING AND CONSTRUCTION | * | |
| Defendants | * | |

SUPPLEMENTAL BRIEF
ON PROCEDURE FOR CREATING A MECHANICS' LIEN IN TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Harry Cavazos and Minerva Cavazos, plaintiffs in the above-referenced cause and file this Supplemental Brief of Law:

### INTRODUCTION

On October 7, 2003, this Honorable Court heard oral arguments. The Court questioned the parties about specific Court's ruling that the statutory scheme promulgated by the Legislature for the perfection of liens could be completely disregarded, while other Courts ruled that the statutory scheme had to be observed. The Courts that have held that the statutory

Plaintiffs' Memorandum of Law                                               1

scheme can be ignored violated the Separation of Powers clause of the Texas and United States Constitution.

## SEPARATION OF POWERS

The Separation of Powers portion of the Texas Constitution provides:

> The powers of the Government of the State of Texas shall be divided into three distinct departments, each of which shall be confided to a separate body of magistracy, to wit: Those which are Legislative to one; those which are Executive to another, and those which are Judicial to another; and no person, or collection of persons, being one of these departments, shall exercise any power properly attached to either of the others, except in the instances herein expressly permitted. TEX. CONST., Art. II, § 1.

In American Jurisprudence, it has been the role of the Legislative branch of government to make laws and the role of the judiciary to interpret laws. The Separation of Powers clause prevents one branch from infringing on the powers of another. The Constitution does not explicitly state that the Supreme Court may determine the constitutionality of acts of other branches of government. However, judicial review of other branches of the federal government was established in *Marbury v. Madison,* 5 U.S. 137 (1803). Such review has been limited to instances that do not exist here. In the case at bar, the statutory scheme has not been found to be unconstitutional by the Court's that have held that the statutory scheme can be ignored. Consequently, their holding lacks proper grounding and as such violates the State's and United States Separation of Powers clause.

## CONCLUSION

The Cavazos urge the Court to affirm the Judgment of the Honorable Richard Schmidt and conclude that the lien on the Cavazos' homestead is invalid.

Respectfully submitted,

**LAW OFFICE OF GERRY LINAN**
847 East Harrison
Brownsville, Texas  78520
TEL #: (956) 504-2425
FAX #: (956) 504-2451

BY: _____
GERRY LINAN
Texas State Bar No.: 00792647
Federal Id. No.: 18904
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, GERRY LINAN, hereby certify that a true and correct copy of the above and foregoing was mailed postage pre-paid to opposing counsel, on this, the 10th day of October, 2003.

_____
GERRY LINAN
Attorney at Law